Scott M. Lowry (CA ID No. 244504)
**LOWRY BLIXSETH LLP**
2362 Calabasas Road, Suite 201
Calabasas, CA 91302
818.584.6460
818.574.6026 (fax)
scott@lawlb.com

Cecilia R. Dickson (*admitted Pro Hac Vice*)
Christian D. Ehret (*admitted Pro Hac Vice*)
Barry J. Coyne (*admitted Pro Hac Vice*)
**THE WEBB LAW FIRM**
420 Ft. Duquesne Blvd., Suite 1200
One Gateway Center
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
cdickson@webblaw.com
cehret@webblaw.com
bcoyne@webblaw.com
*Attorneys for Plaintiff SilcoTek Corporation*

Hector G. Gallegos (CA ID No. 175137)
Mehran Arjomand (CA ID No. 180961)
Rose S. Lee (CA ID No. 294658)
**MORRISON & FOERSTER LLP**
707 Wilshire Blvd., Suite 6000
Los Angeles, CA 90017
213.892.5200
213.892.5454 (fax)
hgallegos@mofo.com
marjomand@mofo.com
roselee@mofo.com
*Attorney for Defendant Entech Instruments, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILCOTEK CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ENTECH INSTRUMENTS, INC.<br><br>    Defendant. | Civil Action<br><br>No. 2:18-cv-03274-SJO-PLA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SCHEDULE SETTLEMENT CONFERENCE**<br><br>Judge: Honorable S. James Otero<br>Magistrate: Honorable Paul L. Abrams |

Pursuant to Civil Local Rule 7-1, Plaintiff, SilcoTek Corporation ("SilcoTek"), and Defendant, Entech Instruments, Inc. ("Entech"), hereby stipulate and agree as follows, subject to the approval of the Court:

1  WHEREAS, in this Honorable Court's Minute Entry dated August 6, 2018 (ECF No. 69), the Settlement Conference was set for September 27, 2018.

WHEREAS, the Parties had discussed at the conference that they may need to schedule the Settlement Conference for September 28, 2018, to accommodate party and counsel schedules.

WHEREAS, counsel for Entech has advised that they are not available on September 27, 2018, and would like to move the conference to September 28, 2018, and SilcoTek is agreeable to holding the Settlement Conference on September 28, 2018.

WHEREAS, the parties conferred and agreed to jointly file a stipulation and request that the Settlement Conference be rescheduled to September 28, 2018, and further request that Settlement Statements be exchanged both (1) between the parties on a non-confidential basis and (2) submitted to the Court on a confidential basis, by September 21, 2018.

NOW THEREFORE, it is agreed, stipulated and respectfully requested that the Court reschedule the September 27, 2018 Settlement Conference for **September 28, 2018** and that the parties exchange Settlement Statements and provide confidential Settlement Statements to the Court by **September 21, 2018**.

**THE FOREGOING IS SO STIPULATED AND AGREED TO.**

Respectfully submitted,

**THE WEBB LAW FIRM**

Dated: August 15, 2018         s/ *Cecilia R. Dickson*
                               Scott M. Lowry
                               Cecilia R. Dickson
                               Christian D. Ehret
                               Barry J. Coyne
                               *Attorneys for Plaintiff*

Joint Stipulation to Schedule Settlement Conference - 2
No. 2:18-cv-03274-SJO-PLA

*AND*

**MORRISON & FOERSTER LLP**

Dated: August 15, 2018

s/ *Rose S. Lee*
Hector G. Gallegos
Mehran Arjomand
Rose S. Lee
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August, 2018, I electronically filed the foregoing **JOINT STIPULATION AND [PROPOSED] ORDER TO SCHEDULE SETTLEMENT CONFERENCE** with the Clerk of Court using the CM/ECF system which sent notification to all counsel of record.

**THE WEBB LAW FIRM**

s/ *Cecilia R. Dickson*
Cecilia R. Dickson

Joint Stipulation to Schedule Settlement Conference – Certificate of Service
No. 2:18-cv-03274-SJO-PLA